UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JUNIOR LOGAN #511816,

        Petitioner,                        Case No. 1:08cv715

v.                                       Hon. Robert J. Jonker

BLAINE C. LAFLER,

        Respondent.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 27, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 27, 2011, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that the habeas petition is **DENIED**. Rule 8, Rules Governing § 2254 Cases in the United States District Court.

                                                            /s/Robert J. Jonker
                                                            ROBERT J. JONKER
                                                         UNITED STATES DISTRICT JUDGE

DATED: July 29, 2011.